# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BEVERLIN GREENE | : |
| 209 Academy Street, Unit B | |
| South Orange, NJ  07079 | : |
| | |
|    Plaintiff | : |
| | |
| vs. | :   Civil No: |
| | |
| JAMES DONALD MOTT | : |
| 9 Oneck Lane | |
| Westhampton Beach, NY  11978 | : |
| | |
| And | : |
| | |
| THE CHRISTIAN BROADCASTING | : |
| NETWORK, INC. | |
| 977 Centerville Turnpike | : |
| Virginia Beach, VA  23463 | |
| | : |
| Serve :  State Department of Assessments & | |
|     Taxation | : |
|     Office of Corporations | |
|     700 E Pratt Street | : |
|     Baltimore, MD  21202 | |
| | : |
|    Defendants | |

## COMPLAINT

## JURISDICTIONAL STATEMENT

The Plaintiff, Beverlin Greene, respectfully moves the Court for Entry of Judgment against the Defendants, James Donald Mott, and The Christian Broadcasting Network, Inc., individually and/or jointly and severally, upon the following grounds:

The Plaintiff is an adult resident and citizen of the State of New Jersey. The Defendant, James Donald Mott, is an adult resident and citizen of the State of New York. The Defendant, The Christian Broadcasting Network, Inc., is principally incorporated in the Commonwealth of Virginia. The subject automobile accident having occurred in the State of Maryland. Plaintiff's

claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

**BASIS OF CLAIM**
**COUNT I**
**(NEGLIGENCE)**

1.    That on or about November 22, 2021 at approximately 2:05 pm., the Plaintiff, Beverlin Greene, while exercising due care for her own safety, was operating a motor vehicle in a northerly direction in the right travel lane along Route 13, at or near Davis Store Road in Somerset County, Maryland.

2.    That at the same time and place aforementioned, the Defendant, James Donald Mott, was operating a motor vehicle tractor-trailer in a northerly direction in the left travel lane along Route 13, at or near Davis Store Road in Somerset County, Maryland.

3.    That at the same time and place aforementioned, it became the duty of said Defendant, James Donald Mott, to operate his motor vehicle in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around him; to obey the traffic devices; to remain in his travel lane; to not exit the travel lane until safe to do so; to maintain full time and attention; and to observe all the traffic laws, rules and regulations of the State of Maryland.

4.    That notwithstanding the aforementioned duties, said Defendant, James Donald Mott, failed in the performance thereof, and, without warning, negligently and recklessly caused his motor vehicle to forcefully and violently strike the Plaintiff's motor vehicle.

5.    That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff, Beverlin Greene, sustained severe personal injuries to her neck, back, head, shoulders, chest, extremities and shock to her central nervous system.

6.    That as a direct and proximate result of the negligence of said Defendant, the Plaintiff has incurred, and will continue to incur, substantial expenses for medical care and attention.

7.    That as a direct and proximate result of the negligence of said Defendant, the

Plaintiff has incurred, and will continue to incur, a loss of salary and/or wages.

**WHEREFORE,** the Plaintiff, Beverlin Greene, claims of the Defendant, James Donald Mott, damages in the amount of Five Million Dollars ($5,000,000.00) plus interest and costs of suit herein.

## COUNT II

### (VICARIOUS LIABILITY – THE CHRISTIAN BROADCASTING NETWORK, INC)

1.      That the Plaintiff, Beverlin Greene, hereby incorporates and adopts by reference each and every allegation contained in Count I above and further states that at the aforementioned time and place of the accident, the vehicle being driven by the Defendant, James Donald Mott, was owned and/or leased by the Defendant, The Christian Broadcasting Network, Inc.

2.      That the aforesaid Defendant, James Donald Mott, was operating said motor vehicle as the agent, servant, employee, and/or permittee of the Defendant, The Christian Broadcasting Network, Inc.

3.      That as a direct and proximate result of the negligence of the Defendant, James Donald Mott, and the vicarious liability of the Defendant, The Christian Broadcasting Network, Inc., the Plaintiff, Beverlin Greene, sustained all the losses, damages, and injuries heretofore alleged.

**WHEREFORE,** the Plaintiff, Beverlin Greene, claims of the Defendant, The Christian Broadcasting Network, Inc. damages in the amount of Five Million Dollars ($5,000,000.00) plus prejudgment interest and costs of suit herein.

## COUNT III

### (NEGLIGENT ENTRUSTMENT - THE CHRISTIAN BROADCASTING NETWORK, INC.)

1.      The Plaintiff, Beverlin Greene, hereby incorporates and adopts by reference each and every allegation contained in Count I and II above and further states that the Defendant, The

Christian Broadcasting Network, Inc., knew or should have known that Defendant, James Donald Mott, was likely to use the said vehicle in a manner involving unreasonable risk or serious physical harm to himself and others.

2.        That the Defendant, The Christian Broadcasting Network, Inc., knew or should have known that the entrusting of a motor vehicle in view of the Defendant's, James Donald Mott, immaturity, driving record, and inexperience was likely to involve unreasonable risk or serious physical harm to himself and others.

3.        That as a direct and proximate result of the combined negligence of Defendant, James Donald Mott, and the negligent entrustment of Defendant, The Christian Broadcasting Network, Inc., the Plaintiff sustained, and will continue to sustain, the losses and injuries hereinabove stated.

**WHEREFORE,** the Plaintiff, Beverlin Greene, claims of the Defendant, The Christian Broadcasting Network, Inc. damages in the amount of Five Million Dollars ($5,000,000.00) plus prejudgment interest and costs of suit herein.

/s/Marvin Liss_____
**MARVIN LISS #04063**
5225 Wisconsin Avenue, N.W.
Suite 306
Washington, D.C.  20015
Tel (202) 237-6300
marvin@mlisslaw.com
Attorney for Plaintiff

/s/Robert M. Somer_____
**ROBERT M. SOMER #09524**
8303 Arlington Blvd, Suite 102
Fairfax, VA  22031
Tel (703) 560-0700
Fax (703) 560-4047
rob@hiltonsomerlaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BEVERLIN GREENE | : |
| 209 Academy Street, Unit B | |
| South Orange, NJ  07079 | : |
| | |
|   Plaintiff | : |
| | |
| vs. | :   Civil No: |
| | |
| JAMES DONALD MOTT | : |
| 9 Oneck Lane | |
| Westhampton Beach, NY  11978 | : |
| | |
| And | : |
| | |
| THE CHRISTIAN BROADCASTING | : |
| NETWORK, INC. | |
| 977 Centerville Turnpike | : |
| Virginia Beach, VA  23463 | |
| | : |
| Serve :  State Department of Assessments & | |
|      Taxation | : |
|      Office of Corporations | |
|      700 E Pratt Street | : |
|      Baltimore, MD  21202 | |
| | : |
|   Defendants | |

**JURY DEMAND**

Plaintiff, by and through Counsel, hereby demands a trial by Jury upon all issues herein.

/s/Marvin Liss
MARVIN LISS #04063
5225 Wisconsin Avenue, N.W.
Suite 306
Washington, D.C.  20015
Tel (202) 237-6300
marvin@mlisslaw.com
Attorney for Plaintiff


/s/Robert M. Somer
ROBERT M. SOMER #09524
8303 Arlington Blvd, Suite 102
Fairfax, VA  22031
Tel (703) 560-0700
Fax (703) 560-4047
rob@hiltonsomerlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| BEVERLIN GREENE | : | |
| 209 Academy Street, Unit B | | |
| South Orange, NJ  07079 | : | |
| | | |
| Plaintiff | : | |
| | | |
| vs. | : | Civil No: |
| | | |
| JAMES DONALD MOTT | : | |
| 9 Oneck Lane | | |
| Westhampton Beach, NY  11978 | : | |
| | | |
| And | : | |
| | | |
| THE CHRISTIAN BROADCASTING | : | |
| NETWORK, INC. | | |
| 977 Centerville Turnpike | : | |
| Virginia Beach, VA  23463 | | |
| | : | |
| Serve :  State Department of Assessments & | | |
| Taxation | : | |
| Office of Corporations | | |
| 700 E Pratt Street | : | |
| Baltimore, MD  21202 | | |
| | : | |
| Defendants | | |


## CERTIFICATION

TO THE CLERK OF THE COURT:

Undersigned Counsel hereby certifies that he is admitted to practice law before the Court of Appeals for the State of Maryland and that he is in good standing. Counsel is licensed to practice law in the State of Maryland.

_/s/ Marvin Liss_  
**MARVIN LISS**  
CPF no: 8612010316  
5225 Wisconsin Avenue, N.W.  
Suite 306  
Washington, D.C. 20015  
Phone (202) 237-6300  
marvin@mlisslaw.com  
Attorney for Plaintiff